UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 19-10459-RWZ-43 |
| | ) | |
| | ) | |
| NATANAEL VELAZQUEZ | ) | |

**STATUS REPORT**

The Defendant, Natanael Velazquez ("Defendant" or "Velazquez"), submits this status report to bring the court up to date on the warrant(s) appearing on his record. On June 3, 2020, the parties appeared before the Court via video-conference for hearing on Defendant's Emergency Motion To Revoke Order Of Detention. After hearing the Court took the matter under advisement, noting that it would "wait[ ] to hear from counsel re: warrant[s]". (Probation has indicated that there is a "straight" warrant out of New Bedford District Court [docket No. 1933CR5560] and a probation warrant from the New Bedford Juvenile Court [docket No. 14YO0020]). On June 4, 2020, the District Attorney's Office for Bristol County filed a nolle prosequi in the case for which a straight warrant had been issued out of the New Bedford District Court. See Exhibit #1. With respect to the probation warrant, counsel filed a Motion To Recall Probation Warrant, and, after telephonic hearing on June 15, 2020, the Juvenile Court Judge denied the motion on the grounds that the "Juvenile did not appear [in order] to recall [the warrant]'. See Exhibit #2. (Defendant was not able to "appear" to recall the warrant because he is detained at Wyatt Detention Facility).

Notwithstanding the probation warrant from New Bedford Juvenile Court, the Defendant seeks release on the terms and conditions proposed to the Court. The alleged probation violation

stems from an incident that, in large part, forms the basis of the Federal indictment. If Defendant is released, he intends to address the probation matter in New Bedford Juvenile Court and this could be added to his strict conditions of release. It should be noted that the New Bedford Juvenile Probation Office has taken no proactive steps to bring Defendant before the Juvenile Court to adjudicate his probation violation.

                                              Respectfully submitted,

                                              */s/John F Palmer*
                                              John F. Palmer
                                              B.B.O.#387980
                                              18 Main Street Extension
                                              Suite 201B
                                              Plymouth, MA 02360
                                              Tel: 617-943-2602

## CERTIFICATE OF SERVICE

     I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on June 17, 2020.

                                              */s/John F. Palmer*